1   Richard A. Madsen, Jr.  (SBN 146174)
    MADSEN LAW FIRM
2   551 Hartz Avenue, Suite B
    Danville, California  94526
3   Telephone:   (925) 837-0900
    Facsimile:   (925) 837-0905
4   Email:       Rick@MadsenLawFirm.com

5   Attorney for Plaintiff,
    Leah Vogt
6

7

8                  UNITED STATES DISTRICT COURT

9             IN THE NORTHERN DISTRICT OF CALIFORNIA

10
    Leah Vogt,                              Case No.:   15-cv-05199-HSG
11
                                            STIPULATED REQUEST TO
12              Plaintiff,                   MOVE CASE MANAGEMENT
                                            CONFERENCE AND EXTEND
13   vs.                                    TIME FOR SERVICE AND
                                            TIME TO ANSWER
14   California Highway Patrol ("CHP");
     CHP Commissioner Joseph Farrow;
15   CHP Officer Sean Harrington;
     CHP Officer Robert Hazelwood;
16   CHP Officer Dion Simmons;
     individually and in their official capacities
17   as peace officers; and DOES 1-100,

18              Defendants.
                                          /
19

20          Pursuant to Civil Local Rule 6-2, the parties hereby submit their stipulated

21   request to extend time for service and for Defendants' time to answer, and to move the

22   Case Management Conference currently scheduled for May 10, 2016, at 2:00 p.m., for

23   the following reasons:

24          1.      This action is one of two cases filed in the above-captioned court, that

25   involve all or a material part of the same subject matter and all, or substantially all, of

26   the same parties as this action.  The two matters have since been determined related, and

27   are now both assigned to Hon. Haywood S. Gilliam, Jr.  This stipulated request is being

28

1   simultaneously made in the other case as well (*Sramek vs. CHP, et al.* Case No. 15-cv-
2   04873-HSG).

3          2.      In both actions, Wil Fong, Deputy Attorney General, has accepted service
4   on behalf of the state defendant, California Highway Patrol, via a waiver of service
5   executed on January 12, 2016.

6          3.      The parties have conferred and share a good faith interest in an efficient
7   and economical approach to managing these litigations.  To that end, both matters are
8   now currently scheduled for a global private mediation on May 2, 2016, in San
9   Francisco, California, with Hon. Joseph W. Hilberman of ADR Services, Inc.

10         4.      As such, the parties agree that moving the Case Management Conference
11  set for May 10, 2016, and extending Defendants' time to be served, appear and respond
12  to the Complaint, will allow sufficient time for the parties to prepare for, participate in,
13  and complete the privately scheduled mediation in advance of appearing in court.

14         5.      Therefore, the parties stipulate and jointly request that new dates in this
15  matter be assigned and ordered as follows:

16    • Service of all Defendants on or before May 18, 2016
17    • Extend all Defendants' time to answer to July 5, 2016
18    • Initial Case Management Conference on or about August 11, 2016 (with other
19       associated deadlines continued accordingly).

20         6.      There has been one previous request and order for time modification in the
21  case.  However, the instant requested extension of time will not appreciably further
22  delay proceedings in this action, and will enable more efficient and economical
23  management of the litigation by allowing time for participation and completion of a
24  private global mediation in advance of any court appearance.  No parties will be
25  prejudiced, and all parties will remain similarly positioned to proceed without further
26  delay.

27  ///

28  ///

1

## IT IS SO STIPULATED AND REQUESTED.

2

3

Dated: April 11, 2016

4

5

6

By: /s/ Richard A. Madsen, Jr. _____          By: /s/ Wil Fong _____

7

8

Richard A. Madsen, Jr., Esq.                    Wil Fong, Esq.
Attorney at Law                                 Deputy Attorney General

9

Madsen Law Firm                                 Office of the Attorney General
551 Hartz Avenue, Ste. B                        1515 Clay Street, 20th Floor

10

Danville, CA 94526                              Oakland, CA 94612-0550
Telephone:   (925) 837-0900                     Telephone: (510) 622-2114

11

Facsimile:    (925) 837-0905                     Facsimile: (510) 622-2121
Email: Rick@MadsenLawFirm.com                   Email: Wil.Fong@doj.ca.gov

12

13

Attorney for Plaintiff                          Attorney for Defendant
Leah Vogt                                       California Highway Patrol

14

15

16

### PURSUANT TO STIPULATION, IT IS SO ORDERED, except that the

17

case management conference will be held on August 16, 2016, at 2:00 p.m.  The parties are

18

directed to file a joint status report of no more than two pages within seven days of the

May 2, 2016, mediation, informing the Court of the outcome of the mediation session.

19

20

Dated: _____ April 12 , 2016          _____
                                                Honorable Haywood S. Gilliam, Jr.

21

22

23

24

25

26

27

28