1  **Richard A. Madsen, Jr.  (SBN 146174)**
   **MADSEN LAW FIRM**
2  **551 Hartz Avenue, Suite B**
   **Danville, California  94526**
3  **Telephone:   (925) 837-0900**
   **Facsimile:    (925) 837-0905**
4  **Email:        Rick@MadsenLawFirm.com**

5  **Attorney for Plaintiff,**
   **Leah Vogt**

6

7

8                    **UNITED STATES DISTRICT COURT**

9            **IN THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 **Leah Vogt,**                           **Case No.:   15-cv-05199-HSG**

12            **Plaintiff,**                **JOINT STATUS REPORT AND**
                                            **NOTICE OF SETTLEMENT**
13 **vs.**

14 **California Highway Patrol ("CHP");**
   **CHP Commissioner Joseph Farrow;**
15 **CHP Officer Sean Harrington;**
   **CHP Officer Robert Hazelwood;**
16 **CHP Officer Dion Simmons;**
   **individually and in their official capacities**
17 **as peace officers; and DOES 1-100,**

18            **Defendants.**

19 _____/

20        Pursuant to the Court's order on June 10, 2016, the parties hereby submit the

21 following Joint Status Report:

22        1.    The parties are in the process of finalizing their global settlement to

23 resolve the claims of all plaintiffs against all defendants in the instant matter, and in the

24 related matter (*Sramek vs. California Highway Patrol, et al.*, Case 15-cv-04873-HSG).

25        2.    A formal settlement agreement/release was drafted by defendant

26 California Highway Patrol and circulated between the parties and their respective

27 counsel for review, modification, approval, and execution.  All settlement documents

28

have now been executed by plaintiffs and submitted to the Office of the Attorney General for processing.

   3.   The parties request the Court vacate the CMC scheduled for August 16th, 2016 (and other related deadlines), and grant an additional 45-60 days for the finalization of the settlement, receipt of settlement funds, and the anticipated filing of a Stipulated Dismissal – OR – for the filing of a further updated Joint Status Report if there is any additional delay.


**Respectfully submitted,**


Dated:  August 9, 2016


By:  /s/ Richard A. Madsen, Jr.          By: /s/ Wil Fong

Richard A. Madsen, Jr., Esq.          Wil Fong, Esq.
Attorney at Law                       Deputy Attorney General
Madsen Law Firm                       Office of the Attorney General
551 Hartz Avenue, Ste. B              1515 Clay Street, 20th Floor
Danville, CA  94526                   Oakland, CA  94612-0550
Telephone:   (925) 837-0900           Telephone: (510) 622-2114
Facsimile:   (925) 837-0905           Facsimile: (510) 622-2121
Email:  Rick@MadsenLawFirm.com        Email: Wil.Fong@doj.ca.gov

Attorney for Plaintiff                Attorney for Defendant
Natalie Sramek                        California Highway Patrol


### PURSUANT TO STIPULATION, IT IS SO ORDERED.

   The CMC scheduled for August 16, 2016, is vacated.  The parties are directed to file an updated Joint Status Report of no more than two pages on or before _____ September 23, 2016, in the event a Stipulation of Dismissal has not been filed in advance of that date.


Dated: _____ August 9, 2016        Honorable Haywood S. Gilliam, Jr.