1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JEFFREY R. VINCENT, State Bar No. 161013
   Supervising Deputy Attorney General
3  WILFRED FONG, State Bar No. 154303
   Deputy Attorney General
4   1515 Clay Street, 20th Floor
    P.O. Box 70550
5   Oakland, CA  94612-0550
    Telephone:  (510) 622-2114
6   Fax:  (510) 622-2121
    E-mail:  Wil.Fong@doj.ca.gov
7  *Attorneys for Defendant California Highway Patrol*

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

| **LEAH VOGT,** | Case No.  15-cv-05199 HSG |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF ENTIRE ACTION, AND ORDER** |
| v. | |
| **CALIFORNIA HIGHWAY PATROL, et al.** | Judge:        Hon. Haywood S. Gilliam, Jr.<br>Trial Date:   TBA<br>Action Filed:  October 22, 2015 |
| Defendants, | |

    Plaintiff Leah Vogt and Defendant California Highway Patrol hereby stipulate to the DISMISSAL of this action in its entirety, including all claims against all defendants, with prejudice.  Each side shall bear its own costs and attorneys fees.

SO STIPULATED:

Dated: July 23, 2016                    RICHARD A. MADSEN, JR.
                                        MADSEN LAW FIRM


                                         */s/Richard A. Madsen, Jr.*
                                        RICHARD A. MADSEN, JR.
                                        *Attorney for Plaintiff Natalie Sramek*

1

| | | |
|---|---|---|
| 1 | Dated: July 26, 2016 | KAMALA D. HARRIS<br>Attorney General of California<br>JEFFREY R. VINCENT<br>Supervising Deputy Attorney General |

<i>/w/Wil Fong</i><br>
WIL FONG<br>
Deputy Attorney General<br>
<i>Attorneys for Defendant California Highway Patrol</i>

## ORDER

The above Stipulation of the parties is hereby approved and made the Order of this Court. This action is **DISMISSED**, in its entirety, with prejudice. Each side shall bear its own costs and attorneys fees.

**IT IS SO ORDERED.**

Dated: September 2, 2016

_____
HON. HAYWOOD S. GILLIAM, Jr.
United States District Judge

OK2015900755
90659759.doc

2

Stipulation of Dismissal of Entire Action and (Proposed) Order (Case No. 15-cv-05199 HSG)